AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Playstudios US, LLC

               Plaintiff,

v.

Brooke Kingston

               Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00522-JCM-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of petitioner, confirming the arbitrators order on pending motions and award. Case Closed.

11/7/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ CAH  
Deputy Clerk